UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Fernando Kea and**
**Failya Miles-Kea**,                                Bankruptcy Case No.: 10-80456

Soc. Sec. Nos. xxx-xx-1991 & xxx-xx-5156
Mailing Address: 3904 Ludgate Drive, , Durham, NC 27713-

                                              Debtors.

**Fernando Kea and**
**Failya Miles-Kea**,                                A.P. No.:11-9030
                          Plaintiffs,

**Holder of the Note,**
**Charles A. Reinhardt, Jr., as Trustee for the**
**Deed of Trust, and The Roberts Construction**
**Company, Inc.**
                          Defendant.

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify that service of the **Amended Summons** issued in this adversary proceeding, together with a copy of the **Verified Amended Complaint**, was made on 6/24/2011 by:

Mail service: **Regular, first class United States mail**, postage fully pre-paid, addressed to:

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>Post Office Box 3613<br>Durham, N C 27702 | Michael D. West<br>Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, NC 27402 |
| The Holder of the Note<br>**Attn: Managing Agent**<br>Post Office Box 2626<br>Durham, NC 27715- | Charles A. Reinhardt, Jr.<br>Post Office Box 1452<br>Durham NC 27702 |
| The Roberts Construction Company, Inc.<br>**Attn: Managing Agent**<br>Post Office Box 2626<br>Durham, NC 27715- | Roberts Construction Company, Inc.<br>B.R. Roberts or Registered Agent<br>411 Andrews Rd.<br>Suite 110<br>Durham NC 27715 |

and <u>also</u> by **certified mail, return receipt requested**, addressed to:

| | |
|---|---|
| The Holder of the Note<br>**Attn: Managing Agent**<br>Post Office Box 2626<br>Durham, NC 27715- | Charles A. Reinhardt, Jr.<br>Post Office Box 1452<br>Durham NC 27702 |

| | |
|---|---|
| The Roberts Construction Company, Inc.<br>**Attn: Managing Agent**<br>Post Office Box 2626<br>Durham, NC 27715- | Roberts Construction Company, Inc.<br>B.R. Roberts or Registered Agent<br>411 Andrews Rd.<br>Suite 110<br>Durham NC 27715 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 6/24/2011

/s Renee Nolte

Renee Nolte